In the United States District Court, for the Middle District of Alabama

Plaintiff

Devin Pugh

Case #:

2:25-cv-584-RAH-CWB

Defendant

Delta Airlines, American Airlines, etc...

## Complaint

Hi. I am writing this to file complaint against the airlines above and United States Airlines. These airlines refuse to issue refunds if you cancel a booking and off airline credit. This is not right. They should be basically charging double bookings and a warning. Starting this was already been bad but if she should cancel on yourself charge your card without prepayment necessary. It's way this you can issue a refund to the first booking.

grounds.

Case: 2:25cv10

In violation of 8th amendment $5-26

Relief: Airline Policy Change, and monetary

Devin Brandis Pugh
COFFEE COUNTY JAIL
4 County Complex
New Brockton, AL 36351

---

IF YOU ARE NOT an attorney, this notice concerning registration DOES NOT APPLY TO YOU.
Should you have questions about your case, please call us at 334.954.3600.

NOTICE TO ATTORNEYS

IF YOU ARE AN ATTORNEY OF RECORD:   Electronic Noticing is MANDATORY for all
attorneys who practice in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

To request electronic filing privileges with the court,
navigate to PACER at: https://pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf
then follow the instructions provided.

If you need help with our on-line Case Management/Electronic Case Files (CM/ECF) system or
want to schedule training, please call 334.954.3935 for our help desk.

For all questions not related to the electronic system, please call 334.954.3600.

Thank you!

Office of the Clerk
US District Court
Middle District of Alabama

D Pugh
COFFEE COUNTY JAIL
#4 COUNTY COMPLEX
NEW BROCKTON, AL 36351

MONTGOMERY AL 360
29 JUL 2025

US POSTAGE (IMI) PITNEY BOWES

ZIP 36351
02 7H
0006088519   $ 001.03⁰
JUL 28 2025

2025 JUL 30 A 10: 49

INMATE MAIL

Clerk of the Court
One Church Street
Montgomery, AL 36104

36104-401801