IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-584-RAH |
| | ) |
| DELTA AIRLINES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 27, 2025, the Magistrate Judge recommended (*see* doc. 10) that this case be dismissed for failing to comply with pleading requirements. Specifically, the Complaint fails to show a constitutional violation and fails to establish that the Defendants are government actors or are otherwise proper defendants for a suit based on constitutional violations. The Magistrate Judge therefore ordered Plaintiff to file an Amended Complaint on or by October 13, 2025. To date, no Amended Complaint has been filed. Nor has any objection to the Magistrate Judge's Recommendation been filed. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 10) is **ADOPTED**;
2. This case is **DISMISSED**; and,
3. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 25th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE